# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JOE WICKER                                                                                              PLAINTIFF

v.                           No. 3:16-CV-00190-SWW-JTR

NANCY A. BERRYHILL,
**Acting Commissioner,**
**Social Security Administration**                                              DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Joe Wicker's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 16th day of May, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE